# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2315

_____

United States of America,

   Appellee,

  v.

Jonathan Borroum,

   Appellant.

   * 
   *
   *
   * Appeal from the United States
   * District Court for the
   * Eastern District of Missouri.
   *
   *  [UNPUBLISHED]
   *

_____

Submitted:  December 1, 1999

Filed:   December 8, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Jonathan Borroum pleaded guilty to conspiring to possess cocaine, marijuana, and/or heroin with intent to distribute, in violation of 21 U.S.C. § 846.  He objected to the presentence report's calculation of his criminal history category, arguing that his resulting Guidelines imprisonment range should be 121-151 rather than 140-175 months.   The district court[1] overruled his objection, granted the government's substantial-assistance downward-departure motion, and sentenced Mr. Borroum to 66

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

months imprisonment and 3 years supervised release. On appeal, Mr. Borroum renews the argument that his criminal history category was miscalculated.

Because the district court departed below the Guidelines range that Borroum asserts he should have received, we agree with the government that any error in overruling his objection to the presentence report was harmless. <u>See</u> <u>United States v. Coleman</u>, 132 F.3d 440, 441 (8th Cir.) (per curiam), <u>cert. denied</u>, 118 S. Ct. 1821 and 119 S. Ct. 116 (1998).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.